TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00584-CV

Save Our Springs Alliance, Inc. and Erin Foster, Appellants

v.

Austin Community College, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT

NO. 96-10332, HONORABLE PETER M. LOWRY, JUDGE PRESIDING

PER CURIAM

 Appellants Save Our Springs Alliance, Inc. and Erin Foster move us to dismiss their appeal
on the basis that the relief it sought was granted by a writ of mandamus conditionally issued by this Court
in Save Our Springs Alliance, Inc. v. Lowry, No. 03-96-00531-CV (Tex. App.--Austin Sept. 27,
1996, orig. proceeding). The motion is unopposed. We grant the motion and dismiss the appeal. Tex.
R. App. P. 59(a)(1)(B). And, in accordance with appellants' request, we direct that the mandate issue
promptly.

Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Appeal Dismissed on Appellants' Unopposed Motion

Filed: October 30, 1996

Do Not Publish